Ezekiel Valenzuela T693853
_____
**Name and Prisoner/Booking Number**

LBJ
_____
**Place of Confinement**

3250 W. Lower Buckeye Road
_____
**Mailing Address**

Phoenix, AZ 85009
_____
**City, State, Zip Code**

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

☑ FILED        ___ LODGED
___ RECEIVED   ___ COPY

FEB 1 0 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Ezekiel Valenzuela
_____,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Sgt. Myers #??? B2150?
_____,
(Full Name of Defendant)

(2) Officer Kurtz B#4928
_____,

(3) Officer Rayner B#4100
_____,

(4) County of Maricopa
_____,

Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

**CASE NO.** CV-22-227-PHX-GMS (MHB)

(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other:_____

2.  Institution/city where violation occurred: Lower Buckeye Jail_____.

**550/555**

1-A

(5) Sheriff Paul Penzone
(6) Sgt. Kirk B0326
(7) Sgt. Johanning A9075
(8) Maricopa County Sheriffs Office

## B. DEFENDANTS

1.  Name of first Defendant: Officer Myers _____. The first Defendant is employed
as: MCSO Staff, Sergeant _____ at ____ LBJ _____
      (Position and Title)                                  (Institution)

2.  Name of second Defendant: Officer Kurtz _____. The second Defendant is employed as:
as: MCSO Staff _____ at ____ LBJ _____
      (Position and Title)                                  (Institution)

3.  Name of third Defendant: Officer Rayner _____. The third Defendant is employed
as: MCSO Staff _____ at ____ LBJ _____
      (Position and Title)                                  (Institution)

4.  Name of fourth Defendant: County of Maricopa _____. The fourth Defendant is employed
as: _____ at ____ MCSO _____
      (Position and Title)                                  (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?     ☒Yes     ☐No

2.  If yes, how many lawsuits have you filed?____1____. Describe the previous lawsuits:

   a.  First prior lawsuit:
       1.  Parties: Ezekiel Valenzuela _____ v. Maricopa County Sheriffs Office et. al.
       2.  Court and case number: CV - 2021 - 01657 - Phx - GMS - - MTLB .
       3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) Pending
       _____

   b.  Second prior lawsuit:
       1.  Parties:_____ v. _____
       2.  Court and case number:_____.
       3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c.  Third prior lawsuit:
       1.  Parties:_____ v. _____
       2.  Court and case number:_____.
       3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D.  CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>7th amendment</u>

2. **Count I.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

☐ Basic necessities        ☐ Mail            ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings  ☐ Property         ☐ Exercise of religion     ☒ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Friday Jan. 21st at 8 PM my cell was searched & as a result All of my personal property including, ALL of my hygiene, ALL of my legal work, ALL of my books, I was left only with the clothes I have on & a mat & blankets & sheet. I was put on report for a number of different reasons at 8:45 when I enquired as to why my belonging were taken the answer I recieved was "because of your behavior" I was also denied access to recreation & dayroom for 48 hours & placed on "House alone" status without explanation. It is to my understanding that SMI inmates should not be disciplined by staff until the staff has consulted with mental health which was not done. Furthermore at this time I have not had a hearing on the matter. It is to my belief that this is not policy. I asked sergeant Myers who conducted the search w/ Kurts & Rayner for my property back he clearly said "No". I verified w/ several officers that this was Myers Decision.

*[margin note: Sgt-cthomat]*

4. **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

I have been left with absolutely nothing it is a huge interruption of my legal processes due to my legal work being removed. I'm also being isolated & treated unfairly. They are not following Disciplinary proceedure. They will not allow me to grieve or speak to thier supervisor's.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                        ☒Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?          EV. ☒Yes  ☒No
   c. Did you appeal your request for relief on Count I to the highest level?      ☐ Yes  ☒No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. My Ability To submit grievances against MCSO is restricted until 4/07b ive put in a basic request regarding the restriction & this matter w/ absolutely no response. Thier is a process labled "grievance protocol" which justifies this but at this time I have not been placed on that process.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>14th amendment</u>

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☒ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Sgt. Kirk B0326 revoked my ability to file grievances after Sgt. Johanning A9075 refused to allow me to escalate my grievance to the next level & I filed a grievance on Sgt. Johanning for not allowing me to do so. In which after filing, Sgt. Kirk also did not allow me to escalate it to the next level. The initial grievance was that I put in a prea allegation on an officer after she had submitted a report & I was put on sanction due to it; and they denied me the right to appeal the sanction by not allowing me to recieve the form & file it within the 72 hour time frame. Thats what the grievance was about. But for some reason when Sgt. Johanning closed the grievance he had stated that I had already submitted a prea allegation on the matter. How those two situations can be dealt with in a prea allegation is beyond me considering the Disiplinary issue that I had, had nothing to do w/ sexual misconduct.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I was denied the right to administrative remedies, I was denied the right to disiplinary appeal process, & was retaliated against for submitting a prea allegation

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   2. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   3. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. They revoked my ability to file grievances.

4

# COUNT III

1. State the constitutional or other federal civil right that was violated: 4th amendment

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
☐ Disciplinary proceedings     ☒ Property     ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

As stated in the situation from count one regarding Sgt. Myers, officer Rayner, & officer Kurtz It is the same situation except that this has to do strictly with property & of it not being returned as well as no adequate explanation given. I was told by Myers he would return with my property the following monday. It has been 5 days since. I have No Hygene, all my letters, envelopes & intellectual property written on writting tablets (5 manilla envelopes worth), all legal work (3-4 manilla envelopes worth), all mental Health related documents (2 manilla envelopes worth), all adresses & phone numbers to my family, friends & attorney's have been taken. It is a huge impediment. I'm alleging the Paul Penzone is allowing his officers to behave in this matter by way of training or by policy. (faulty policy)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
All of my hygene was taken. And NONE of what was taken was replaced.

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒Yes   ☐No
   2. Did you submit a request for administrative relief on Count III?     ☒Yes   ☐No
   3. Did you appeal your request for relief on Count III to the highest level?     ☐Yes   ☒No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I've been restricted w/o cause not to submit grievances

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

I want all officers involved fired & fined. I'd like monetary relief in the amount of $250,000, due to the fact that this is a common retaliatory act that MCSO staff implements on inmates

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01-28-22
          DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ FEB 2 – 2022 _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____  Hon _____ United States District Court, District of Arizona.

____  Hon _____ United States District Court, District of Arizona.

____  Attorney General, State of Arizona, _____

____  Judge _____ Superior Court, Maricopa County, State of Arizona.

____  County Attorney, Maricopa County, State of Arizona _____

____  Public Defender, Maricopa County, State of Arizona _____

____  Attorney _____

____  Other _____

____  _____

____  _____


_____    _____
Legal Support Specialist Signature

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009

USDC Certification                                                                 09/09/20